UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BIALO,

        Plaintiff,                                No. 20-10671

v.                                      Honorable Nancy G. Edmunds

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties and the Magistrate Judge's report and recommendation, and for the reasons set forth in the opinion and order entered this date;

The report and recommendation is hereby accepted and adopted as the findings and conclusions of the Court.

THEREFORE, IT IS ORDERED AND ADJUDGED that Plaintiff's amended motion for summary judgment is DENIED, Defendant's amended motion for summary judgment is GRANTED, the decision of the Commissioner of Social Security is AFFIRMED, and this case is hereby DISMISSED with prejudice.

SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: September 24, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 24, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager